# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 13-cr-00140-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL ERNEST SELLORS,

    Defendant.

_____

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED August 27, 2013.

                                                                         BY THE COURT:

                                                         _____
                                                         Christine M. Arguello
                                                         United States District Judge